UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 15-cr-20393
Hon. Matthew F. Leitman

v.

UBALDO LOPEZ-SANCHEZ,

    Defendant.

_____/

## ORDER PROVIDING NOTICE OF POSSIBLE UPWARD DEPARTURE FROM SENTENCING GUIDELINES RANGE AND REQUIRING DEFENDANT TO SUBMIT SENTENCING MEMORANDUM

On July 16, 2015, Defendant Ubaldo Lopez Sanchez ("Defendant") entered a plea of guilty to the charge of unlawful re-entry by an alien in violation of 8 U.S.C. §1326(a).  The Court accepted Defendant's plea and will sentence him on November 10, 2015.

The Defendant's sentencing range under the advisory guidelines is a custodial sentence of 0-6 months.  Pursuant to Rule 32(h) of the Federal Rules of Criminal Procedure, the Court hereby notifies the parties that it is contemplating the imposition of a custodial sentence that exceeds the advisory guidelines range. The Court is considering whether a sentence above the recommended range is necessary in light of the Defendant's repeated unlawful entries into this country,

the need for specific deterrence and protection of the public, and to impose upon Defendant the appropriate level of punishment for the seriousness of his offense.

Defendant shall file a Sentencing Memorandum by not later than November 3, 2015.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113